IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 08-299 |
| MALIK SNELL | : | |

**O R D E R**

**AND NOW**, this 18th day of October, 2013, upon consideration of Defendant Malik Snell's Motion for New Trial Pursuant to Rule 33 of the Federal Rules of Criminal Procedure (ECF No. 252), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**